## ANONYMOUS.

Where an appeal has not been filed in this Court, within the first three days of the term, the statute is peremptory that damages must be allowed.

A motion was made, founded upon an affidavit, requesting the Court to remit the damages of five per cent. allowed against the appellant, because he had not filed his record within the first three days of the term.

*Per Curiam.* This motion must be denied. The statute does not leave any discretion in the Court; its language is peremptory. The judgment for five per cent. damages must stand.